UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS - ABILENE DIVISION

| | | |
|---|---|---|
| EMMANUEL AND ROSE JARRELL | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | Cause No. 1:10-CV-000 32-C |
| | § | |
| I.C. SYSTEM, INC. | § | |
|     Defendant. | § | |

## DEFENDANT I.C. SYSTEM, INC.'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant I.C. System, Inc. and files this its Original Answer and would respectfully show unto the Court as follows:

### I.

### INTRODUCTION

1. Defendant admits paragraph 1.

2. Defendant denies paragraph 2.

### II.

### JURISDICTION AND VENUE

3. Defendant admits jurisdiction in this court is proper.

4. Defendant admits that it conducts business in Texas.

5. Defendant admits venue is proper.

6. Defendant is without sufficient information to admit or deny paragraph 6.

### III.

### PARTIES

7. Defendant is without sufficient information to admit or deny paragraph 7.

8. Defendant is without sufficient information to admit or deny that Plaintiff is a consumer. Defendant is without sufficient information to admit or deny that Plaintiff owes a debt as that term is defined by 15 U.S.C. 1692a(5).

9. Defendant admits that it is a debt collector and attempted to collect a debt from Plaintiff Rose Jarrell, but is without sufficient information to admit or deny that said debt was a consumer debt.

10. Defendant admits paragraph 10.

### IV.

### FACTUAL ALLEGATIONS

11. Defendant denies paragraph 11.

12. Defendant admits calling telephone number (325) 691-0660 as stated in paragraph 12.

13. Defendant admits that Defendant called from telephone number (202) 367-9287, but is without sufficient information to admit or deny anything about Exhibit "A" because Exhibit "A" is not attached.

14. Defendant denies paragraph 14.

15. Defendant denies paragraph 15.

16. Defendant denies paragraph 16.

17. Defendant denies paragraph 17.

## V.

## COUNT I

18. Defendant denies paragraph 18.

19. Defendant denies Plaintiff is entitled to the relief Plaintiff requests in Paragraph 19.

20. Defendant denies Plaintiff is entitled to the relief Plaintiff requests in Paragraph 20.

21. Defendant denies Plaintiff is entitled to the relief Plaintiff requests in Paragraph 21.

22. Defendant denies Plaintiff is entitled to the relief Plaintiff requests in Paragraph 22.

23. Defendant denies Plaintiff is entitled to the relief Plaintiff requests in Paragraph 23.

## VI.

## AFFIRMATIVE DEFENSES

24. Defendant asserts that if any violation occurred it, was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

25. Defendant asserts that any injury suffered by Plaintiffs is the result of a preexisting condition.

26. Defendant asserts that Plaintiffs failed to mitigate their damages, if any.

WHEREFORE, PREMISES CONSIDERED, Defendant I.C. System, Inc. respectfully requests that judgment be entered for Defendant and for such other and further relief as they may show themselves justly entitled.

Respectfully submitted,

**ROBBIE MALONE, PLLC**

/s/Robbie Malone
ROBBIE MALONE
State Bar No. 12876450
TREYSON J. BROOKS
State Bar No. 24061278
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
(214) 346-2625
(214) 346-2631 FAX
E-mail: rmalone@rmalonelaw.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded via electronic filing on this 31st day of March, 2010 to:

Michael S. Agruss, Esq.
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Ste. 401
Los Angeles, CA 90025

/s/Robbie Malone