UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS - ABILENE DIVISION

| | | |
|---|---|---|
| EMMANUEL AND ROSE JARRELL | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Cause No. 1:10-CV-000 32-C |
| | § | |
| I.C. SYSTEM, INC. | § | |
| Defendant. | § | |

## DEFENDANT I.C. SYSTEM, INC.'S MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant I.C. System, Inc. ("ICS") and files this Motion for Summary Judgment and would respectfully show unto the Court as follows:

1.  Plaintiffs have failed to respond to ICS's Request for Admissions pursuant to Rule 36 of the Federal Rules of Civil Procedure. This results in each Request being deemed admitted. Based on these Requests, Plaintiffs admit that they do not have any evidence supporting their causes of action and their complaint should, therefore, be dismissed at summary judgment.

3.  Pursuant to Local Rule 7.1, the requirements of Local Rule 7.1 are set forth in the accompanying brief.

WHEREFORE, PREMISES CONSIDERED, Defendant ICS respectfully requests that this Motion for Summary Judgment be Granted in its entirety and for such other and further relief, at law and in equity, to which it may show itself justly entitled.

Respectfully submitted,

\s\Robbie Malone
ROBBIE MALONE
State Bar No. 12876450
JACOB C. BOSWELL
State Bar No. 24061269
**ROBBIE MALONE, PLLC**
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
(214) 346-2625
(214) 346-2631 FAX
E-mail: rmalone@rmalonelaw.com

*Attorney for Defendant*

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded via certified mail, return receipt requested on this 24th day of July, 2010 to:

Michael S. Arguss, Esq.
Krohn & Moss, Ltd
10474 Santa Monica Blvd., Ste. 401
Los Angeles, CA  90025

\s\Robbie Malone