IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| EMMANUEL AND ROSE JARRELL, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| IC SYSTEMS INC., | ) |
| | ) |
| Defendant. | )   Civil Action No. 1:10-CV-032-C |

## ORDER

A Motion to Dismiss signed only by Plaintiff Emmanuel Jarrell was electronically filed February 23, 2011, by Defendant's counsel, Robbie Malone. Because Plaintiff Rose Jarrell has not signed the Motion to Dismiss, the Court is of the opinion that the same should be **DENIED**. This order does not affect the Motion to Dismiss with Prejudice and for Sanctions filed by Defendant on February 17, 2011, which remains pending.

SO ORDERED.

Dated February 23, 2011.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE