CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2011 MAR -1  AM 10: 48

DEPUTY CLERK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS - ABILENE DIVISION

| | |
|---|---|
| EMMANUEL AND ROSE JARRELL § | |
| Plaintiffs, § | |
| § | |
| v. § | Cause No. 1:10-CV-000 32-C |
| § | |
| I.C. SYSTEM, INC. § | |
| Defendant. § | |

## AMENDED MOTION TO DISMISS

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW,** Emmanuel and Rose Jarrell, the Plaintiffs and I.C. System, Inc. the Parties herein, and move this Court to dismiss the above-entitled and numbered cause with prejudice and in support thereof would respectfully show the Court as follows:

**I.**

1. The dispute between Plaintiff and Defendant made subject of this lawsuit has been fully compromised and settled. The dismissal does not apply to future lawsuits filed by Plaintiff.

**II.**

2. The Parties hereby notify the Court that they no longer wish to pursue their claims and causes of action against each other.

**WHEREFORE, PREMISES CONSIDERED,** the Parties request this Court to sign the Order dismissing the above-entitled and numbered cause with prejudice, with costs of suit taxed to the parties as they were incurred.

Respectfully submitted,

\s\Emmanuel Jarrell
129 Pack Saddle Pass
Abilene, TX 79602

Rose Jarrell
129 Pack Saddle Pass
Abilene, TX 79602

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded via ECF requested on this 23 day of February, 2011 to:

Robbie Malone
Robbie Malone, PLLC
8750 N. Central Expressway, Ste. 1850
Dallas, Texas 75231

\s\Emmanuel Jarrell

\s\Rose Jarrell

# Robbie Malone

A Professional Limited Liability Company
Attorneys and Counselors

**RECEIVED MAR - 1 2011 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS**

**Robbie Malone**
DIRECT DIAL: (214) 346-2625
E-MAIL: Rmalone@rmalonelaw.com

NORTHPARK CENTRAL, SUITE 1850
8750 N. CENTRAL EXPRESSWAY
DALLAS, TEXAS 75231
(214) 346-2630
FAX (214) 346-2631

February 23, 2011

*Via email*
Emmanuel and Rose Jarrell
129 Pack Saddle Pass
Abilene, Texas 79602

RE: Cause No. 1:10-CV-00032-C; *Emmanuel and Jose Jarrell v. I.C. System, Inc.*; pending in the U.S. District Court of the Northern District of Texas.

Dear Mr. and Mrs. Jarrell:

Enclosed is an Amended Motion to include your wife's signature. I am enclosing an Order from Judge Cummings requiring her signature as well. Please sign it along with your wife and return to me. We will file it for you.

If you have any questions, please feel free to call me.

Sincerely,

Robbie Malone

RM/rs
Enclosures
M:\150.0000 I.C. System, Inc. - General\150.0001 Emmanuel and Rose Jarrell v. I.C. System, Inc\Correspondence\150.0001L.P06-Amended Motion to Dismiss.wpd

Emmanuel Jarrell
12a Pack Saddle Pass
Abilene, TX. 79602

RECEIVED
FEB -11 2011
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

ABILENE TX 796
28 FEB 2011 PM 1 T

Clerk of Court
U.S. District Court Northern District
of Texas
341 Pine Street, 2008
Abilene, TX. 79601

